## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KAMIYA WILLOUGHBY, derivatively, on behalf of NATIONAL BEVERAGE CORP., | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 1:18-cv-01739-CFC |
| NICK A. CAPORELLA, GEORGE R. BRACKEN, JOSEPH G. CAPORELLA, CECIL D. CONLEE, SAMUEL C. HATHORN, JR., and STANLEY M. SHERIDAN, | ) ) ) ) ) ) | |
| Defendants, | ) ) | |
| and | ) ) | |
| NATIONAL BEVERAGE CORP., | ) ) | |
| Nominal Defendant. | ) ) | |

### STIPULATION AND PROPOSED ORDER TEMPORARILY STAYING ACTION PENDING CERTAIN EVENTS IN RELATED FEDERAL SECURITIES CLASS ACTION AND SHAREHOLDER DERIVATIVE ACTION

Plaintiff Kamiya Willoughby ("Plaintiff"), Nominal Defendant National Beverage Corp. ("National Beverage"), and Nick A. Caporella, George R. Bracken, Joseph G. Caporella, Cecil D. Conlee, Samuel C. Hathorn, Jr., and Stanley M. Sheridan (the "Individual Defendants" and together with National Beverage, "Defendants"), by and through their undersigned counsel hereby submit this Stipulation and Order to temporarily stay this shareholder derivative action (the "Action") in light of the following:

WHEREAS, the Action was filed by Plaintiff on November 2, 2018, alleging violations of Section 14(a) of the Securities Exchange Act of 1934, and state law violations for breach of fiduciary duties (the "Derivative Action" or "Complaint");

WHEREAS, Defendants have accepted service;

WHEREAS, none of the Defendants have yet filed a responsive pleading in the Action, and reserve all rights to answer, move, or otherwise respond to the Action;

WHEREAS the Action asserts claims against Defendants, each of whom is named as a defendant in either or both of two earlier filed lawsuits (1) a putative federal securities class action *Luczak v. National Beverage Corp., et al.*, 18-cv-61631-KMM (S.D. Fla.), (the "Luczak Action"), and (2) a shareholder derivative lawsuit, *McDowell v. Bracken*, 0:17-cv-61535 (S.D. Fla.) (the "McDowell Action");

WHEREAS, the Action involves many of the same, similar, or related factual allegations and some of the same, similar, or related claims as are asserted in the Luczak Action and/or the McDowell Action;

WHEREAS, counsel for the parties in this Action have conferred regarding the status of this litigation and the appropriate next steps;

WHEREAS, on December 2, 2018, Defendants moved to dismiss the Luczak Action and it is expected that the motion will be fully briefed this week;

WHEREAS, on November 20, 2017 Defendants moved to dismiss the McDowell Action;

WHEREAS, on June 5, 2018 the United States District Court for the Southern District of Florida granted Defendants' motion to dismiss the McDowell Action, and on July 3, 2018 the plaintiff in the McDowell Action appealed the final order in that action to the 11th Circuit;

WHEREAS, on October 17, 2018, plaintiff in the McDowell Action filed his opening brief in the 11th Circuit;

WHEREAS, Defendants-Appellees in the McDowell Action filed their responsive brief with the 11th Circuit on December 14, 2018;

WHEREAS, plaintiff in the McDowell Action filed his reply brief on January 3, 2019, and the appeal is now fully briefed;

WHEREAS, based upon the overlapping parties and factual allegations contained in the Action, the Luczak Action, and the McDowell Action, and to avoid the unnecessary expenditure of judicial and party resources, the parties to this Action have agreed, subject to this Court's approval, to temporarily stay this Action, including motion practice and discovery in this Action, until the occurrence of certain events in the Luczak Action and/ or the McDowell Action;

WHEREAS, the parties agree that it is premature to hold an initial case management conference; and.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel and subject to the approval of the Court, as follows:

1. All proceedings shall be stayed, including discovery, motions practice and case management conferences, and all deadlines shall be deferred, until the earlier occurrence of: (a) an order sustaining all or part of the operative complaint in the Luczak Action, (b) the Luczak Action is dismissed in its entirety with prejudice, (c) the United States Court of Appeals for the Eleventh Circuit issues an order reversing the judgment in the McDowell Action in whole or in part (d) a joint request by Plaintiff and Defendants to lift the stay of proceedings, or (e) as otherwise ordered by the Court. Defendants shall not be required to answer or otherwise respond to any complaint during the pendency of the stay.

2. For good cause, any party may move that the stay be lifted upon 30 days written notice.

3. Plaintiff shall be permitted to file an amended complaint while the stay remains in place. Defendants shall be under no obligation to respond to the complaint or any amended complaint while the stay is in effect.

4. Within thirty (30) days after the termination of the stay set forth in this Stipulation, the parties shall meet and confer and submit a proposed schedule regarding the designation or filing of an operative complaint and Defendants' responses thereto. Defendants shall be under no obligation to respond to any complaint in the Action except as set forth in such a schedule.

5. By entering into this Stipulation, the parties' rights shall not be prejudiced in any way and Defendants do not waive and expressly reserve all rights, claims defenses, procedural and substantive, at law and at equity, currently available to any of them, including but not limited to, defenses as to forum, venue, or jurisdiction.

Dated: January 17, 2019

**FARNAN LLP**

/s/ *Michael J. Farnan*
Brian E. Farnan (No. 4089)
Michael J. Farnan (No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
Phone: (302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiff*

**K&L GATES LLP**

/s/ *Steven L. Caponi*
Steven L. Caponi, Esq. (No. 3484)
600 N. King Street
Suite 901
Wilmington, DE 19801
Phone: (302) 416-7080
steven.caponi@klgates.com

*Attorneys for Defendants Nick A. Caporella, George R. Bracken, Joseph G. Caporella, Cecil D. Conlee, Samuel C. Hathorn, Jr., and Stanley M. Sheridan and Nominal Defendant National Beverage Corp.*

It is so **ORDERED**.

1/18/19
Dated

The Honorable Colm F. Connolly
United States District Judge

4